IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MELISSA DENT                            :

                                   :

    v.                              :   Civil Action No. DKC 08-0886

                                   :

MONTGOMERY COUNTY POLICE
DEPARTMENT, et al.                      :

ORDER OF JUDGMENT

Plaintiff filed suit against Montgomery County, Maryland and several members of its police force. After the court resolved motions to dismiss or for summary judgment, the remaining claims came on for trial before a jury. The jury returned verdicts in favor of the remaining Defendants on Plaintiff's claims for unconstitutional seizure under the constitutions of the United States and the State of Maryland. Accordingly, it is this 28th day of March, 2011, by the United States District Court for the District of Maryland, ORDERED that:

1. Judgment BE, and the same hereby IS, ENTERED in favor of Defendants Adam Siegelbaum, John Mullaney, Kimberly Wilson, and Jennifer Phoenix and against Melissa Dent on Plaintiff's claim for unconstitutional seizure under the Fourth Amendment and Article 26 of the Maryland

Declaration of Rights regarding probable cause for taking her into custody for an emergency evaluation;

2. Judgment BE, and the same hereby IS, ENTERED in favor of Defendants Adam Siegelbaum, John Mullaney and Kimberly Wilson and against Melissa Dent on Plaintiff's claim regarding use of excessive force under the Fourth Amendment and Article 26 of the Maryland Declaration of Rights;

3. All prior rulings are incorporated herein and this judgment is final for purposes of Fed.R.Civ.P. 58; and

4. The clerk will transmit copies of this Judgment to counsel for the parties and CLOSE this case.


                              /s/
                    _____
                    DEBORAH K. CHASANOW
                    United States District Judge