IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MELISSA DENT                          :

   v.                                : Civil Action No. DKC 08-0886

ADAM SIEGELBAUM, et al.                :

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 5th day of March, 2012, by the United States District Court for the District of Maryland, ORDERED that:

1. The motion for a new trial or to alter judgment filed by Plaintiff Melissa Dent (ECF No. 137) BE, and the same hereby IS, DENIED; and

2. The clerk will transmit copies of the Memorandum Opinion and this Order to counsel for both parties.

                                        /s/
                                   DEBORAH K. CHASANOW
                                   United States District Judge